UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DOVELYN A. PAK and DANNY P. PAK, | ) | Civil No. 06cv0986-BEN (POR) |
|---|---|---|
| Plaintiffs, | ) ) ) | **ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

On September 12, 2007, the parties jointly moved to dismiss the case with prejudice.  Good cause appearing, the court hereby **GRANTS** the motion and **DISMISSES** the case **WITH PREJUDICE**.  The Clerk shall close the case file.

**IT IS SO ORDERED.**

DATED:  September 14, 2007

_____
Hon. Roger T. Benitez
United States District Judge